STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br> WAN QUAN OU,<br><br>                  Defendant. | No. 14-539 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

**I.      STIPULATION**

The parties in this case agree and jointly request the Court to move the scheduled status conference to from May 3, 2016 to May 10, 2015 at 2:00 p.m.  The reason for this request is that Ms. Amram is scheduled to be out of district for a conference on May 3, 2016.

Accordingly, due to the reasons stated above, the parties jointly move to continue the status conference scheduled in the above-captioned case to May 10, 2016 at 2:00 p.m.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
CR No.: 14-539 WHA                                                      1

SO STIPULATED:

BRIAN STRETCH
United States Attorney

DATED: April 28, 2016      _____/s/_____
FRANK RIEBLI
Assistant United States Attorney

DATED: April 28, 2016      _____/s/_____
GALIA AMRAM
Attorney for Defendant Wan Ou

## [PROPOSED] ORDER

For the reasons stated above the Court hereby continues the status conference in the above-captioned case to May 10, 2016 at 2:00 p.m.

IT IS SO ORDERED.

DATED: April 29, 2016.      _____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR No.: 14-539 WHA                2