STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-539 WHA |
| Plaintiff, | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. | |
| WAN QUAN OU, | |
| Defendant. | |

As the above-captioned case has been dismissed, the Court directs U.S. Pretrial Services to return Mr. Ou's passport to him immediately.

IT IS SO ORDERED.

DATED:  May 19, 2016.                    _____
                                          THE HONORABLE WILLIAM H. ALSUP
                                          United States District Judge

[PROPOSED] ORDER
CR No.: 14-359 WHA                       1